ETHAN P. DAVIS
Acting Assistant Attorney General
BRAD P. ROSENBERG
Assistant Branch Director
DANIEL RIESS
M. ANDREW ZEE
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-3098
Fax: (202) 616-8460

*Attorneys for Defendants*

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| KATRINA SCHALLER, by and through her legal guardians KIMBERLY A. FEGURGUR and JOHN A. FEGURGUR,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL SECURITY ADMINISTRATION *et al.*,<br><br>Defendants. | CASE NO. 1:18-CV-00044<br><br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants Social Security Administration and Andrew M. Saul, in his official capacity as Commissioner of Social Security, hereby appeal to the United States Court of Appeals for the Ninth Circuit from (1) the Court's Order entered on June 19, 2020 denying Defendants' Motion to Dismiss for lack of jurisdiction, granting Plaintiff's Motion for Summary Judgment, and denying Defendants' Cross Motion for Summary Judgment [ECF No. 77]; (2) the Clerk's Judgment entered on June 19, 2020 [ECF No. 78]; and (3) all underlying decisions on which the Order and Judgment were based.

1

| | | |
|---|---|---|
| 1 | Dated: August 18, 2020 | Respectfully submitted, |

ETHAN P. DAVIS
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/ Daniel Riess
DANIEL RIESS
M. ANDREW ZEE
Trial Attorneys
U.S. Department of Justice
Civil Division
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 353-3098
Fax: (202) 616-8460
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*